```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :     No. 16 Cr. 576 (JFK)
                                    :
CHRISTOPHER KERRIGAN,               :         ORDER
                                    :
                    Defendant.      :
--------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to Defendant Christopher Kerrigan's April 27, 2020 emergency motion for compassionate release, (ECF No. 308), by no later than May 5, 2020. Mr. Kerrigan's reply, if any, is due by no later than May 7, 2020. The motion will be considered fully submitted as of that date.

**SO ORDERED.**

Dated:   New York, New York
         April 29, 2020

_____
John F. Keenan
United States District Judge

1